## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

STEVEN KIRBY SR.

       Plaintiff,                    CASE NO.: 3:17-CV-00501-DJH

-vs-

WELLS FARGO BANK, N.A. d/b/a WELLS
FARGO HOME MORTGAGE

       Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Steven Kirby Sr, and the Defendant, Wells Fargo Bank, N.A., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 9th day of March, 2018.

| */s/ Octavio Gomez* | */s/ W. Craig Robertson III* |
|---|---|
| Octavio Gomez, Esquire | W. Craig Robertson III, Esquire |
| Florida Bar No.: 0338620 | wrobertson@wyattfirm.com |
| Morgan & Morgan, Tampa, P.A. | WYATT, TARRANT & COMBS, LLP |
| One Tampa City Center | 250 West Main Street, Suite 1600 |
| Tampa, Florida 33602 | Lexington, Kentucky 40507-1746 |
| Tele: (813) 223-5505 | Telephone: 859.233.2012 |
| Fax: (813) 223-5402 | *Attorney for Defendant* |
| TGomez@ForThePeople.com | |
| LDobbins@ForThePeople.com | |
| *Attorney for Plaintiff* | |